# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JONES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-04434-ELR |
| | * | |
| BEDROCK CAPITAL GROUP, INC., et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**

_____

Presently before the Court is Magistrate Judge Regina D. Cannon's Final Report and Recommendation ("R&R"). [Doc. 20]. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." See 28 U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b)(3). No objections to the Magistrate Judge's R&R have been filed, and therefore, the Court has reviewed the R&R for clear error. See Thomas v. Arn, 474 U.S. 140, 154 (1985); see also Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Tauber v. Barnhart, 438 F. Supp. 2d 1366, 1373 (N.D. Ga. 2006). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court. [Doc. 20]. For the reasons stated in the R&R, the Court **DISMISSES WITHOUT PREJUDICE** this action. The Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**, this 22nd day of March, 2022.

Eleanor L. Ross
United States District Judge
Northern District of Georgia