**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

CHRISTOPHER JONES,

                 Plaintiff,

v.

BEDROCK CAPITAL GROUP, INC.,
*et al.*,

                 Defendants.

CIVIL ACTION FILE

NO. 1:21-cv-4434-ELR

## JUDGMENT

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge, and the Court having adopted said recommendation as the opinion of this Court, it is

**ORDERED AND ADJUDGED** that this action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia this 22nd day of March, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By*:  s/ Charlotte Diggs*
                Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    March 22, 2022
Kevin P. Weimer
Clerk of Court

By*: s/ Charlotte Diggs*
      Deputy Clerk